IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY S. DEMARTINO,<br><br>Defendant. | No. CR 09-00157 WHA<br><br>[PROPOSED] ORDER CONTINUING DEFENDANT'S RESIDENCE IN CORNELL CORRECTIONS FOR 90 DAYS COMMENCING DECEMBER 4, 2010 |

On June 7, 2010, this Court modified the defendant's conditions of supervised release to include residence for up to 180 days at Cornell Corrections because the defendant lacked a residence after his release from custody on June 6, 2010. On October 26, 2010, this Court conducted a status conference, and the parties agreed that the defendant should continue to reside at Cornell Corrections.

Therefore, the defendant shall reside at Cornell Corrections for a period of up to 90 days, commencing December 4, 2010 (the day the defendant's 180-day initial commitment expires) and observe the rules of that facility. The defendant's next appearance before this Court is a status conference on February 8, 2011.

//

//

[Prop.] Order Cont. Def.'s Residence in
Cornell Corrections for 90 Days
*U.S. v. Demartino*, CR 09-00157 WHA            1

1    IT IS SO ORDERED.

2

3  Dated:  November 16, 2010.            /s/ William Alsup
                                         WILLIAM H. ALSUP
4                                        United States District Judge

[Prop.] Order Cont. Def.'s Residence in
Cornell Corrections for 90 Days
*U.S. v. Demartino*, CR 09-00157 WHA            2